# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:15CR206 |
| v. | ) | FINDINGS AND RECOMMENDATION |
| | ) | AND |
| RIGOBERTO VASQUEZ-MARTINEZ, | ) | ORDER |
| Defendant. | ) | |

At the conclusion of the hearing on December 2, 2015, on the defendant's motion to suppress, I stated my conclusions on the record and my decision to recommend that the motion to suppress be denied. In accordance with that announcement,

**IT IS RECOMMENDED** to the Honorable Joseph F. Bataillon, Senior United States District Judge, that the motion to suppress (Filing No. 33) be denied as set forth in the oral Findings and Recommendation as will be reflected in the transcript.

**FURTHER, IT IS ORDERED:**

1. The clerk shall cause a transcript of the hearing to be prepared and filed.
2. Pursuant to NECrimR 59.2 any objection to those Findings and Recommendations shall be filed with the Clerk of the Court within fourteen (14) days after the transcript has been filed. Failure to timely object may constitute a waiver of any such objection. The brief in support of any objection shall be filed at the time of filing such objection. Failure to file a brief in support of any objection may be deemed an abandonment of the objection.

Dated this 2nd day of December, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge