IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. RIGOBERTO VASQUEZ-MARTINEZ, Defendant. | 8:15CR206 ORDER |

Before the court is the Findings and Recommendation and Order ("F&R") of United States Magistrate Judge Thomas D. Thalken, Filing No. 52. No objection has been filed to the F&R. Pursuant to NECrimR 59.2 and 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of the record and adopts the F&R in its entirety.

THEREFORE, IT IS HEREBY ORDERED that:

1. The F&R, Filing No. 52, is adopted in its entirety; and

2. The defendant's motion to suppress, Filing No. 33, is denied.

Dated this 29th day of December, 2015

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge