IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiffs,<br><br>vs.<br><br>RIGOBERTO VASQUEZ-MARTINEZ,<br><br>  Defendant. | 8:15CR206<br><br>ORDER |

This matter is before the Court on the defendant's MOTION for Copies (Filing No. 71). The defendant requests a copy of his Docket Sheet, Indictment, and Judgment, and further requests transcripts of his Change of Plea and Sentencing Hearings. Additionally, the defendant seeks forms for preparing a 28 U.S.C. § 2255 motion to vacate, and application to proceed in forma pauperis (IFP).

Upon review of the case file, the Court notes that the defendant was sentenced and Judgment was entered on June 17, 2016 (Filing Nos. 65 and 68). No appeal was timely filed. The defendant has not set forth a valid reason why copies of the aforementioned documents should be provided or transcripts prepared without payment. Therefore, the defendant's Motion for Copies (Filing No. 71) will be granted in part, and denied in part. Forms for filing a 28 U.S.C. § 2255 motion to vacate, and application to proceed IFP will be provided to the defendant. The defendant is free to contact the Clerk's Office for the U.S. District Court to inquire as to the cost of copies of his Docket Sheet, Indictment, and Judgment in this matter. Copies will not be provided without pre-payment. Further, change of plea and sentencing transcripts have not been prepared in this case, and shall not be prepared without pre-payment.

**IT IS ORDERED:**

1. The defendant's MOTION for Copies [71] is granted in part, and denied in part.

2. The Clerk of the Court is directed to mail a copy of this order, a form for filing a 28 U.S.C. § 2255 motion to vacate, and an AO 240 Application to Proceed IFP form to the defendant at his last known address.

3. The defendant is free to contact the Clerk's Office for the U.S. District Court to inquire as to the cost of copies in this matter. Copies will not be provided without pre-payment.

4. Change of Plea and Sentencing transcripts have not been prepared in this case, and shall not be prepared without pre-payment.

Dated this 30th day of March, 2017.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge